

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| RAY DEAN WILSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF SOCIAL SECURITY, et al.,<br><br>                    Defendants. | No.  CV-07-37-BU-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered Amended Findings and Recommendation[1] on August 16, 2007. Plaintiff is not entitled to a ten-day period to object to the Amended Findings and Recommendation. Minetti v. Port of Seattle, 152 F. 3d 1113, 1114 (9th Cir. 1998). However, this Court will review Judge Strong's Amended Findings and Recommendation for clear error. Upon *de novo* review of the record, I find no clear error in Judge Strong's Amended Findings and Recommendation and adopt them in full.

---

[1] Document No. 9

ORDERED:

1. Plaintiff's Motion for Leave to Proceed *in forma pauperis*[2] is DENIED.

2. Plaintiff shall pay the full filing fee of $350.00 on or before December 10, 2007.

3. Plaintiff's Complaint shall be deemed dismissed and the Clerk shall close the file if full payment of the filing fee is not received on or before December 10, 2007.

DATED this 7th day of November, 2007.

*Sam E Haddon*

SAM E. HADDON
United States District Judge

---

[2] Document No. 1